# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| In re: | Case No. 24-40817-KAC |
| Jennifer Warhol and Adam Warhol, | Chapter 7 |
| Debtors. | |
| Jennifer Warhol, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 24-04059 |
| U.S. Department of Education, | |
| Defendant. | |

___

## JUDGMENT
___

This proceeding came before the Court, and a decision or order for judgment was duly rendered, Katherine A. Constantine, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:** That Pursuant to the stipulation and 11 U.S.C. § 523(a)(8), the Education-held Student Loans described in the stipulation are hereby discharged.

Dated: October 29, 2024

Tricia Pepin
United States Bankruptcy Court Clerk

By: /e/ Caleb Gurujal
Deputy Clerk